ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| US Pan American Solutions, LLC | ) ASBCA Nos. 63362, 63363 |
| | ) |
| Under Contract No. N64498-21-P-5507 | ) |

APPEARANCE FOR THE APPELLANT:      Mr. Jorge DelPino
                                                                       Vice President

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                                                          Navy Chief Trial Attorney
                                                                       Paul Scheck, Esq.
                                                                          Trial Attorney
                                                                          Philadelphia, PA

## ORDER OF DISMISSAL

The disputes have been settled. By Order dated October 13, 2022, the Board informed the parties that it intended to dismiss these appeals unless either party objected within 14 days of the date of the Order. The Board received no objection from either party. The appeals are dismissed with prejudice.

Dated: November 15, 2022

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63362, 63363, Appeals of US Pan American Solutions, LLC, rendered in conformance with the Board's Charter.

Dated: November 15, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals